Case 12-26573 Doc 7 Filed 07/03/12 Entered 07/05/12 09:20:13 Desc Main
Document Page 1 of 1

12-26573:4.0:Application to Proceed In Forma Pauperis:Main Document Entered: 7/2/2012 12:27:52 PM by:Sabrina Daniel Page 4 of 4

# UNITED STATES BANKRUPTCY COURT

In re: Williams, Debra
Debtor(s)

Case No. 12-26573

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 106 on or before 7-12-12

$ 100 on or before 7-23-12

$ 100 on or before 8-2-12

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 7/3/12

BY THE COURT:

J. Cox    Jacqueline P. Cox
United States Bankruptcy Judge